RECEI...
AMO...
SUMMONS I...
LOCAL RULE...
WAIVER FORM...
MCF ISSUED...
BY DPTY. CLK...
DATE...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ROSALIE FRONTIERO,                      CIVIL ACTION NO. _____
    Plaintiff,

v.                                      **NOTICE OF REMOVAL**

TISHMAN SPEYER PROPERTIES, INC.         04-11643 EFH
and FUJITECH AMERICA, INC.
    Defendants.                         MAGISTRATE JUDGE _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Tishman Speyer Properties, Inc. and Fujitec America, Inc., the defendants in the above-entitled action, respectfully state:

1. On or about March 18, 2004, an action was commenced by the above-referenced plaintiff against Tishman Speyer Properties, Inc. and Fujitec America, Inc. in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. SUCV2004-01183.

2. The defendants received service of copies of the summons and complaint in this action on the following dates:
   - Tishman Speyer Properties, Inc. - April 14, 2004
   - Fujitec America, Inc. - April 7, 2004

   A copy of the summons and complaint are attached hereto as Exhibit A.

3.  Pursuant to Local Rule 81.1, certified copies of all documents filed in Suffolk Superior Court will be forwarded to the Court within thirty (30) days of the filing of the instant Notice of Removal.

2.  The Plaintiff, Rosalie Frontiero, is an individual who alleges that she is a resident of Gloucester, Massachusetts. (Please see paragraph 1 of the plaintiff's Complaint attached hereto as Exhibit A.)

3.  The Defendant, Tishman Speyer Properties, Inc., is alleged by the plaintiff to be a corporation having its principal place of business in Boston, Massachusetts. (Please see paragraph 2 of the Plaintiff's Complaint attached hereto as Exhibit A.) This defendant is actually a Delaware corporation with a principal place of business at 520 Madison Avenue in New York, NY. (Please see Tishman Speyer Properties, Inc. Summary Screen printed from the Secretary of the Commonwealth of Massachusetts' site attached hereto as Exhibit B.)

4.  The Defendant, Fujitec America, Inc., is alleged by the plaintiff to be a corporation having its principal place of business in Randolph, Massachusetts. (Please see paragraph 3 of the Plaintiff's Complaint attached hereto as Exhibit A.) This defendant is actually a Delaware corporation with a principal place of business at 401 Fujitec Drive, Lebanon, OH. (Please see Fujitec America, Inc. Summary Screen printed from the Secretary of the Commonwealth of Massachusetts' site attached hereto as Exhibit C.)

5. The plaintiff's complaint alleges that the plaintiff suffered injuries when the elevator she was riding on "jerked." (Please see paragraph 5 of the Plaintiff's Complaint attached hereto as Exhibit A.)

6. This Court has original jurisdiction of this action on the basis of diversity of citizenship and amount in controversy, under 28 U.S.C. §1332(a), and removal jurisdiction under 28 U.S.C. §1441(a) and (b).

7. The defendants will give written notice of the filing of this notice to the plaintiff, as required by 28 U.S.C. §1446(d).

8. A copy of this notice will be filed with the clerk of the Superior Court Department for Suffolk County, Massachusetts, as required by 28 U.S.C. §1446(d).

9. Counsel for the defendants hereby certify that this Petition is brought in good faith and in accord with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the defendants request that this action proceed in this court as an action properly removed hereto.

Respectfully submitted by the Defendant,
TISHMAN SPEYER PROPERTIES, INC.

_____
Richard J. Poliferno
LONG & HOULDEN
100 Summer Street
Boston, MA  02110
Tel. (617) 439-4777
BBO# 402120


Assented to by the Defendant,
FUJITEC AMERICA, INC.

_____
John J. Lang
Stanton & Lang
P.O. Box 1080
200 Broadway, STE 102
Lynnfield, MA  01940
Tel. (781) 595-1440


I hereby certify that a true copy of the above document was served upon each attorney of record by mail on July ___, 2004.

_____

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Frontiero, Rosalie

**DEFENDANTS**
Tishman-Speyer Properties and Fujitech America, Inc.

(b) County of Residence of First Listed Plaintiff: **Essex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

04-11643-EFH

(c) Attorney's (Firm Name, Address, and Telephone Number)
Brian S. McCormick, Esq.
Orlando + Associates
One Western Avenue
Gloucester, MA 01930 (978)283-8100

Attorneys (If Known): "See Attachment"

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. 1332(a) Diversity of Citizenship and Amount in Controversy

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY (See instructions):
NONE
JUDGE _____ DOCKET NUMBER _____

DATE: 3 · _____
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Attorneys for the Defendants**

For the Defendant,
TISHMAN SPEYER PROPERTIES, INC.

>Richard J. Poliferno
>LONG & HOULDEN
>100 Summer Street
>Boston, MA  02110
>Tel. (617) 439-4777

AND

For the Defendant,
FUJITEC AMERICA, INC.

>John J. Lang
>Stanton & Lang
>P.O. Box 1080
>200 Broadway, STE 102
>Lynnfield, MA  01940
>Tel. (781) 595-1440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Frontiero v. Tishman-Speyer Properties, Inc., et. al.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   **04-11643 EFH**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __N/A__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]  NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]  NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]  NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]  NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]  NO [x]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]  NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Richard J. Poliferno, Long & Houlden__
ADDRESS __100 Summer St, 11 FL, Boston, MA 02110__
TELEPHONE NO. __(617) 439-4777__

(Coversheetlocal.wpd - 10/17/02)