MAS-20030912
guen

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

## SUCV2004-01183
## Frontiero v Tishman-Speyer Properties et al

| | | | | | | |
|---|---|---|---|---|---|---|
| File Date | 03/18/2004 | Status | Disposed: transfered to other court (dtrans) | | | |
| Status Date | 08/05/2004 | Session | C - Civil C | | | |
| Origin | 1 | Case Type | B04 - Other negligence/pers injury/pro | | | |
| Lead Case | | Track | F | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 06/16/2004 | Answer | 08/15/2004 | Rule12/19/20 | 08/15/2004 | |
| Rule 15 | 08/15/2004 | Discovery | 01/12/2005 | Rule 56 | 02/11/2005 | |
| Final PTC | 03/13/2005 | Disposition | 05/12/2005 | Jury Trial | Yes | |

### PARTIES

**Plaintiff**
Rosalie Frontiero
Active 03/18/2004

**Private Counsel 550533**
Brian S McCormick
Orlando & Associates
1 Western Avenue
Gloucester, MA 01930
Phone: 978-283-8100
Fax: 978-283-8507
Active 03/18/2004 Notify

**Defendant**
Tishman-Speyer Properties
Served: 04/14/2004
Answered: 07/08/2004
Answered 07/08/2004

**Private Counsel 402120**
Richard J Poliferno
Long & Houlden
100 Summer St
11th Floor
Boston, MA 02110
Phone: 617-439-4777
Fax: 617-439-3153
Active 07/08/2004 Notify

**Defendant**
Fujitech America Inc
Served: 04/07/2004
Answered: 06/18/2004
Answered 06/18/2004

**Private Counsel 542286**
John J Lang
Stanton & Lang
200 Broadway, Suite 102
PO Box 1080
Lynnfield, MA 01940-2314
Phone: 781-595-1440
Fax: 781-595-8854
Active 06/18/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/18/2004 | 1.0 | Complaint & jury demand on complaint |
| 03/18/2004 | | Origin 1, Type B04, Track F. |
| 03/18/2004 | 2.0 | Civil action cover sheet filed |
| 04/20/2004 | 3.0 | SERVICE RETURNED: Fujitech America Inc(Defendant) (IN HAND 4/7/04) |
| 04/20/2004 | 4.0 | SERVICE RETURNED: Tishman-Speyer Properties(Defendant) (In hand to J. Walsh) |
| 06/18/2004 | 5.0 | ANSWER: Fujitech America Inc(Defendant) (Jury demand) all issues |
| 07/08/2004 | 6.0 | ANSWER: Tishman-Speyer Properties(Defendant) (Jury demand) all issues |
| 07/14/2004 | | Case status changed to 'Needs review for answers' at service deadline |

case01 236427 y y y y y y

MAS-20030912
gueri

08/05/2004
02:47 PM

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

**SUCV2004-01183**
**Frontiero v Tishman-Speyer Properties et al**

| Date | Paper | Text |
|------|-------|------|
| | | review |
| 07/28/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Defts.Tishman Speyer Properties, Inc. and Fujitec America, Inc. U. S. Dist.#(041-11643EFH). |
| 08/05/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

. HEREBY ATTEST AND CERTIFY ON

AUGUST 5, 2004 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.

ASSISTANT CLERK.

*Suffolk Superior Civil #*
*04-1183*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROSALIE FRONTIERO,
    Plaintiff,

v.

TISHMAN SPEYER PROPERTIES, INC.
and FUJITECH AMERICA, INC.
    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO. _____

**NOTICE OF REMOVAL**

**04 - 11643 EFH**

    Tishman Speyer Properties, Inc. and Fujitec America, Inc., the defendants in the above-entitled action, respectfully state:

1.    On or about March 18, 2004, an action was commenced by the above-referenced plaintiff against Tishman Speyer Properties, Inc. and Fujitec America, Inc. in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. SUCV2004-01183.

2.    The defendants received service of copies of the summons and complaint in this action on the following dates:

    • Tishman Speyer Properties, Inc. – April 14, 2004
    • Fujitec America, Inc. – April 7, 2004

    A copy of the summons and complaint are attached hereto as Exhibit A.

RECEI...
AMOU... ...
SU...ONS I...UED...
L...AL RUL...4...
S...CH FORM...
MCF ISSUED...
BY DPTY. CLK...
DATE...7...3...M.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROSALIE FRONTIERO,
        Plaintiff,

        v.

TISHMAN SPEYER PROPERTIES, INC.
and FUJITECH AMERICA, INC.
        Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO. _____

**NOTICE OF REMOVAL**

04-11643 EFH

MAGISTRATE JUDGE _Alexander_

    Tishman Speyer Properties, Inc. and Fujitec America,
Inc., the defendants in the above-entitled action,
respectfully state:

1.  On or about March 18, 2004, an action was commenced by
    the above-referenced plaintiff against Tishman Speyer
    Properties, Inc. and Fujitec America, Inc. in the
    Superior Court of the Commonwealth of Massachusetts,
    Suffolk County, Civil Action No. SUCV2004-01183.

2.  The defendants received service of copies of the
    summons and complaint in this action on the following
    dates:

    • Tishman Speyer Properties, Inc. - April 14, 2004
    • Fujitec America, Inc. - April 7, 2004

    A copy of the summons and complaint are attached
    hereto as Exhibit A.

3.   Pursuant to Local Rule 81.1, certified copies of all
     documents filed in Suffolk Superior Court will be
     forwarded to the Court within thirty (30) days of the
     filing of the instant Notice of Removal.

2.   The Plaintiff, Rosalie Frontiero, is an individual who
     alleges that she is a resident of Gloucester,
     Massachusetts. (Please see paragraph 1 of the
     plaintiff's Complaint attached hereto as Exhibit A.)

3.   The Defendant, Tishman Speyer Properties, Inc., is
     alleged by the plaintiff to be a corporation having
     its principal place of business in Boston,
     Massachusetts. (Please see paragraph 2 of the
     Plaintiff's Complaint attached hereto as Exhibit A.)
     This defendant is actually a Delaware corporation with
     a principal place of business at 520 Madison Avenue in
     New York, NY. (Please see Tishman Speyer Properties,
     Inc. Summary Screen printed from the Secretary of the
     Commonwealth of Massachusetts' site attached hereto as
     Exhibit B.)

4.   The Defendant, Fujitec America, Inc., is alleged by
     the plaintiff to be a corporation having its principal
     place of business in Randolph, Massachusetts. (Please
     see paragraph 3 of the Plaintiff's Complaint attached
     hereto as Exhibit A.) This defendant is actually a
     Delaware corporation with a principal place of
     business at 401 Fujitec Drive, Lebanon, OH. (Please
     see Fujitec America, Inc. Summary Screen printed from
     the Secretary of the Commonwealth of Massachusetts'
     site attached hereto as Exhibit C.)

5.  The plaintiff's complaint alleges that the plaintiff suffered injuries when the elevator she was riding on "jerked." (Please see paragraph 5 of the Plaintiff's Complaint attached hereto as Exhibit A.)

6.  This Court has original jurisdiction of this action on the basis of diversity of citizenship and amount in controversy, under 28 U.S.C. §1332(a), and removal jurisdiction under 28 U.S.C. §1441(a) and (b).

7.  The defendants will give written notice of the filing of this notice to the plaintiff, as required by 28 U.S.C. §1446(d).

8.  A copy of this notice will be filed with the clerk of the Superior Court Department for Suffolk County, Massachusetts, as required by 28 U.S.C. §1446(d).

9.  Counsel for the defendants hereby certify that this Petition is brought in good faith and in accord with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the defendants request that this action proceed in this court as an action properly removed hereto.

Respectfully submitted by the Defendant,
TISHMAN SPEYER PROPERTIES, INC.


Richard J. Poliferno
LONG & HOULDEN
100 Summer Street
Boston, MA  02110
Tel. (617) 439-4777
BBO# 402120

Assented to by the Defendant,
FUJITEC AMERICA, INC.


John J. Lang
Stanton & Lang
P.O. Box 1080
200 Broadway, STE 102
Lynnfield, MA  01940
Tel. (781) 595-1440
BBO# 542286

. HEREBY ATTEST AND CERTIFY ON

AUGUST 5, 2004 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.
ASSISTANT CLERK.

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on July 3, 2004.

# CIVIL COVER SHEET

%JS 44   (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Frontiero, Rosalie

**DEFENDANTS**

Tishman-Speyer Properties
and
Fujitech America, Inc.

(b) County of Residence of First Listed Plaintiff   ESSEX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

04 - 11643 EFH

(c) Attorney's (Firm Name, Address, and Telephone Number)
Brian S. McCormick, Esq
Orlando + Associates
One Western Avenue
Gloucester, MA 01930 (978)283-8100

Attorneys (If Known)   see "attachment"

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. 1332(a)   Diversity of Citizenship and Amount in Controversy

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
NONE
JUDGE
DOCKET NUMBER

DATE   ...3...
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Frontiero v. Tishman-Speyer_
_Properties, Inc., et al._

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

☐ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

☐ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

*Also complete AO 120 or AO 121 for patent, trademark or copyright cases

☐ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

☐ V. 150, 152, 153.

**04 - 11643 EFH**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
_N/A_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
YES ☐    NO ☒

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
YES ☐    NO ☒

A. If yes, in which division do all of the non-governmental parties reside?
Eastern Division ☐    Central Division ☐    Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
Eastern Division ☒    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Richard J. Poliferno, Long & Houlden_
ADDRESS _100 Summer St, 11 FL, Boston, MA 02110_
TELEPHONE NO. _(617) 439-4777_

(Coversheetlocal.wpd - 10/17/02)

**Attorneys for the Defendants**

For the Defendant,
TISHMAN SPEYER PROPERTIES, INC.

        Richard J. Poliferno
        LONG & HOULDEN
        100 Summer Street
        Boston, MA  02110
        Tel. (617) 439-4777

AND

For the Defendant,
FUJITEC AMERICA, INC.

        John J. Lang
        Stanton & Lang
        P.O. Box 1080
        200 Broadway, STE 102
        Lynnfield, MA  01940
        Tel. (781) 595-1440