UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-116443EFH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ROSALIE FRONTIERO,
    Plaintiff,

v.

TISHMAN SPEYER PROPERTIES, INC.
and FUJITECH AMERICA, INC.
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT, TISHMAN-SPEYER PROPERTIES, INC.'S,
LOCAL RULE 26.2(A) DISCLOSURE**

Pursuant to Fed.R.Civ.P. Rule 26(a)(1) and Local Rule 26.2(A), Defendant, Tishman-Speyer Properties Inc., makes the following disclosures:

A.    <u>Individuals likely to have Discoverable Information:</u>

1.    James Walsh
    125 High Street
    Oliver Street Tower, Suite 1401
    Boston, MA 02110

    Subject: Information relative to the contract between Tishman-Speyer and Fujitech.

2.    Charles Mahoney
    520 Madison Avenue
    New York, NY 10022

    Subject: The contract between Tishman-Speyer and Fujitech.

3.    Stephen Lartagia
    520 Madison Avenue
    New York, NY 10022

   Subject: The contract between Tishman-Speyer and
   Fujitech.


4.   Anthony Brizzolara
     315 Columbus Avenue
     Boston, MA 02116

     Subject: The contract between Tishman-Speyer and
     Fujitech.


5.   James Cahill
     Allied Security
     1135 Tremont Street
     Boston, MA 02120

     Subject: Building security and incident reporting.


6.   Wayne Anderson
     Fujitech America, Inc.
     45A Teed Drive
     Randolph, MA 02368

     Subject: Elevator equipment and maintenance.


B.   <u>Documents that are in the Possession, Custody, or
     Control of Tishman-Speyer Properties Inc. and that it
     May Use to Support its Claims or Defenses</u>

     1.   Contract between Tishman-Speyer and Fujitech.
     2.   Massachusetts Department of Public Safety Reports
          and Inspection Certificates


C.   <u>Computation of Damages</u>

     Not applicable.

D.  Insurance Agreements

   Attached is a copy of the Illinois National Insurance Co. insurance declarations page, entitled "Commercial General Liability Declarations" for Policy No. GL 457-12-90 for policy period 10/01/01 to 10/01/02.

                              Respectfully submitted,
                              Tishman Speyer Properties,
                              Inc., by its attorney

                              _____
                              Richard J. Poliferno
                              BBO#402120
                              Long & Houlden
                              100 Summer Street, 11th Floor
                              Boston, MA  02110
                              (617) 439-4777

CERTIFICATE OF SERVICE

I, _____ Attorney for Tishman Speyer, hereby certify that I, this day, served a copy of the within document(s) by (hand) (first class mail, postage prepaid) to all counsel of record _____

BBO# 402120
DATE: 9/29/2004

1. NEW HAMPSHIRE INSURANCE COMPANY
2. GRANITE STATE INSURANCE COMPANY
3. AMERICAN INTERNATIONAL PACIFIC INSURANCE COMPANY
4. ILLINOIS NATIONAL INSURANCE CO.
5. NEW HAMPSHIRE INDEMNITY COMPANY, INC.
6. AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY

A Member Company of American International Companies

EXECUTIVE OFFICES
70 PINE STREET, NEW YORK, N.Y. 10270

| 4 | COVERAGE IS PROVIDED IN THE COMPANY DESIGNATED BY NUMBER (HEREIN CALLED THE COMPANY). |

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

POLICY NO.   GL  457-12-90

NAMED INSURED     TISHMAN SPEYER PROPERTIES, LP
MAILING ADDRESS   520 MADISON AVE FL 6
                  NEW YORK              NY 10022

POLICY PERIOD: From   10/01/01   to   10/01/02   at
              12:01 A.M. Standard Time at your mailing address shown above

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (Other Than Prod-Comp Operations) | $ 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT | $ 1,000,000 |
| FIRE DAMAGE LIMIT | $ 1,000,000 Any One Fire |
| MEDICAL EXPENSE LIMIT | $ 10,000 Any One Person |

Forms Of Business:   ☐ Individual   ☐ Partnership   ☐ Joint Venture   ☒ Organization (Other than Partnership or Joint Venture)

Business Description:   MFG

Location Of All Premises You Own, Rent or Occupy:   SEE ATTACHED SCHEDULE

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE. | ADVANCE PREMIUM PR/CO | ALL OTHER |
|---|---|---|---|---|---|
| SEE ATTACHED SCHEDULE | | | | | |

Premium shown is payable: $ ___ at inception.

TOTAL: $   699,157

ENDORSEMENTS ATTACHED TO THIS POLICY:   SEE ATTACHED SCHEDULE.

COUNTERSIGNED _____  (Date)   BY _____ (Authorized Representative)

Archive Copy
59661 (2/94)   Copyright, Insurance Services Office, Inc., 1983, 1984

Date Issued:   10/24/01