# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-116443EFH

```
*************************************
```
ROSALIE FRONTIERO,
                    Plaintiff

v.

TISHMAN SPEYER PROPERTIES, INC.
and FUJITECH AMERICA, INC.,
                    Defendants
```
*************************************
```

## JOINT SCHEDULING STATEMENT

NOW come the parties in the above-entitled matter and respectfully submit herewith a proposed discovery schedule in accordance with F.R.C.P. 16(b), and Local Rule 16.1. The proposed schedule is as follows:

1.    Factual discovery to be completed on or before 06/03/05.

2.    Plaintiff's designation of experts to be made on or before 07/01/05.

3.    Defendants' designation of expert witnesses to be made on or before 08/05/05.

4.    Any dispositive motions to be filed with the Court by 09/16/05, with oppositions due by 10/14/05.

5.    Final Pre-Trial Conference on a date to be set by the Court after 10/13/05.

The parties, by their counsel,


BRIAN S. MCCORMICK, ESQ.
Attorney for the Plaintiff
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
978.283.8100


RICHARD POLIFERNO, ESQ.
Attorney for Tishman Speyer Properties
Long & Houlden
100 Summer Street
Boston, MA   02110
617.439.4777


JOHN J. LANG, ESQ.
Attorney for Fujitech America, Inc.
Stanton & Lang
200 Broadway
Lynnfield, MA   01940
781.595.1440


Dated:   09/29/04


Frontiero/JointSchedulingStatement