UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-116443EFH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ROSALIE FRONTIERO,
    Plaintiff,

v.

TISHMAN SPEYER PROPERTIES, INC.
and FUJITECH AMERICA, INC.
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION

    Defendant, TISHMAN SPEYER PROPERTIES, INC., hereby certifies that we have conferred with our attorney, Richard J. Poliferno:

    (a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses– of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Richard J. Poliferno, Esq.

TISHMAN SPEYER PROPERTIES, INC.
by: _____
Burton Lehman, Vice President