UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION #: 04-11043BFH

ROSALIE FRONTIERO,
   Plaintiff

v.

TISHMAN-SPEYER PROPERTIES, and
FUJITEC AMERICA, INC.,
   Defendants

## DEFENDANT, FUJITEC AMERICA, INC.'S ANSWER TO CO-DEFENDANT, TISHMAN SPEYER PROPERTIES, INC.'S CROSS-CLAIM

Now comes the defendant, Fujitec America, Inc. ("Fujitec") in the above-entitled action and answers each and every allegation contained in the cross-claim as follows:

1. The defendant, Fujitec, is without sufficient information to either admit or deny the allegations contained in paragraph one of the co-defendant's cross-claim.

2. The defendant, Fujitec, is without sufficient information to either admit or deny the allegations contained in paragraph two of the co-defendant's cross-claim.

3. The defendant, Fujitec, admits the allegations contained in paragraph three of the co-defendant's cross-claim.

4. The defendant, Fujitec, admits the allegations contained in paragraph three of the co-defendant's cross-claim.

5. The defendant, Fujitec, denies the allegations contained in paragraph five of the co-defendant's cross-claim.

6. The defendant, Fujitec, denies the allegations contained in paragraph six of the co-defendant's cross-claim.

7. The defendant, Fujitec, denies the allegations contained in paragraph seven of the co-defendant's cross-claim.

8. The defendant, Fujitec, denies the allegations contained in paragraph eight of the co-defendant's cross-claim.

9. The defendant, Fujitec, denies the allegations contained in paragraph nine of the co-defendant's cross-claim.

10. The defendant, Fujitec, hereby repeats and incorporates by reference herein its responses to the allegations contained in paragraphs one through nine of the co-defendant's cross-claim.

11. The defendant, Fujitec, hereby repeats and incorporates by reference herein its responses to the allegations contained in paragraphs one through ten of the co-defendant's cross-claim.

12. The defendant, Fujitec, hereby repeats and incorporates by reference herein its responses to the allegations contained in paragraphs one through eleven of the co-defendant's cross-claim.

## AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

Defendant, Fujitec, denies it is liable or indebted to co-defendant, Tishman Speyer Properties, Inc., in any way or manner.

SECOND AFFIRMATIVE DEFENSE

Defendant, Fujitec, states that the cross-claim of co-defendant, Tishman Speyer Properties, Inc., fails to state a claim upon which relief can be granted.

Wherefore, the defendant, Fujitec, demands that the cross-claim of co-defendant, Tishman Speyer Properties, Inc., be dismissed and that it be awarded its costs and expenses.

**THE DEFENDANT, FUJITEC, DEMANDS A TRIAL BY JURY ON ALL ISSUES**

By defendant, Fujitec America, Inc.'s counsel,

_____
John J. Lang
STANTON & LANG
200 Broadway, P.O. Box 1080
Lynnfield, MA  01940
(781) 595-1440
BBO# 542286

Dated: 9-20-04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION #: 04-11043BFH

ROSALIE FRONTIERO,
   Plaintiff

v.

TISHMAN-SPEYER PROPERTIES, and
FUJITEC AMERICA, INC.,
   Defendants

## CERTIFICATE OF SERVICE

I, John J. Lang, counsel for the defendant, Fujitec America, Inc., hereby certify that I have on this date served a copy of the within:

1. Defendant, Fujitec America, Inc.'s Answer to the Co-Defendant, Tishman Speyer Properties, Inc.'s, Cross-Claim

by mailing, by first class mail, postage pre-paid, on:

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

Richard Poliferno, Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

By defendant's counsel,

John J. Lang
STANTON & LANG
200 Broadway, P.O. Box 1080
Lynnfield, MA 01940
(781) 595-1440
BBO# 542286

Dated: 9-20-04