# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

*FILED IN CLERK'S OFFICE*
*2005 JAN 18 P 3: 15*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

SUPERIOR COURT
Civil Action No: 04-1183

ROSALIE FRONTIERO,
  Plaintiff

v.

TISHMAN-SPEYER PROPERTIES, and
FUJITEC AMERICA, INC.,
  Defendants

## DEFENDANT, FUJITEC AMERICA, INC.'S LOCAL RULE 26.2(A) DISCLOSURE

Pursuant to Fed.R.Civ.P. Rule 26(a)(1) and Local Rule 26.2(A), Defendant, Fujitec America, Inc., makes the following disclosures:

A. **Individuals likely to have Discoverable Information**:

1. Thomas Horan
    Fujitec America, Inc.
    45A Teed Drive
    Randolph, MA

    Subject: Information relative to the contract between Tishman-Speyer Properties, Inc. and Fujitec America, Inc. and general practices and policies of Fujitec relative to elevator maintenance and repair.

2. Wayne Anderson
    Fujitec America, Inc.
    45A Teed Drive
    Randolph, MA

    Subject: Information relative to maintenance and repair of the elevator on which the plaintiff was allegedly injured.

B. <u>Documents that are in the Possession, Custody or Control of Fujitec America, Inc. and that it May Use to Support its Claims or Defenses</u>

1. Contract between Tishman-Speyer and Fujitec.
2. Fujitec elevator maintenance and repair records for 125 High Street, Boston, Massachusetts.
3. Massachusetts Department of Public Safety Reports and Inspection Certificates.
4. Plaintiff's Medical Records.

C. <u>Computation of Damages</u>

Not applicable.

D. <u>Insurance Agreements</u>

Mitsui Sumitomo Insurance Group general liability policy #GI2102003, $1,000,000 coverage per occurrence and umbrella policy #UMB500012 $30,000,000 coverage.

Respectfully submitted,
Counsel for Defendant,
Fujitec America, Inc.,

John J. Lang
Lang & Associates
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: January 11, 2005