UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ROSALIE FRONTIERO,
        Plaintiff

v.                                      Civil Action
                                        No. 04-116443EFH
TISHMAN SPEYER PROPERTIES, INC.
and FUJITECH AMERICA, INC.,
        Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL

All the parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that this case be dismissed, with prejudice and without costs.

Plaintiff,
By her attorney,

_____
BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Defendant,
Fujitech America, Inc.,
By its attorney,

_____
JOHN J. LANG, ESQ.
BBO #542286
Lang & Associates
220 Broadway, Suite 105
Lynnfield, MA 01940
(781) 595-3500

Defendant,
Tishman Speyer Properties, Inc.,
By its attorney,

_____
RICHARD POLIFERNO, ESQ.
BBO #
Long & Houlden
100 Summer Street
Boston, MA 02110
(617) 439-4777

Date: May 11, 2005